UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                                        Civil Case No. 08-cv-13481

vs.

ONE HUNDRED TWELVE THOUSAND       Honorable Victoria A. Roberts
ONE HUNDRED DOLLARS IN U.S.          Magistrate Judge R. Steven Whalen
CURRENCY ($112,100.00),

        Defendant *In Rem.*
_____/

## STIPULATION FOR ENTRY OF CONSENT JUDGMENT
## AND FINAL ORDER OF FORFEITURE

NOW COME the Plaintiff, the UNITED STATES OF AMERICA, and the Claimant, NORMAN WILDING, by and through their respective, undersigned counsel, and for their Stipulation for Entry of Consent Judgment and Final Order of Forfeiture ("Judgment and Order"), state as follows:

WHEREAS, on or about January 19, 2008, One Hundred Twelve Thousand One Hundred Dollars in United States Currency ($112,100.00) ("Defendant Currency") was seized by law enforcement officers at the United States border crossing located in Port Huron, Michigan;

WHEREAS, an administrative claim contesting the forfeiture of the Defendant Currency was filed with the U.S. Department of Homeland Security, Customs and Border Protection (CBP) by Claimant, Norman Wilding, on or about May 16, 2008;

WHEREAS, the matter was referred by the CBP to the United States Attorney's office for judicial forfeiture;

WHEREAS, a Complaint for Forfeiture was filed by the United States on August 12, 2008, alleging that the Defendant Currency was subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) or 21 U.S.C. § 881(a)(6), or both;

WHEREAS, notice by publication has been completed in this case;

WHEREAS, Claimant NORMAN WILDING filed an Amended Claim of Property with regard to the Defendant Currency on or about September 25, 2008;

WHEREAS, no other verified claims of interest have been filed by any party with the United States District Court under the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, and the time for filing such claims has expired;

WHEREAS, on or around November 24, 2008, this civil forfeiture case was stayed during the pendency of a criminal investigation;

WHEREAS, on or around August 20, 2012 the Court issued an Order lifting the stay in this matter;

WHEREAS, the parties are aware of their respective rights and have reached a settlement which is embodied in this Stipulation for Entry of Consent Judgment and Final Order of Forfeiture, and is intended to resolve all claims and issues between the parties and conclude this litigation; now, therefore;

IT IS HEREBY STIPULATED AND AGREED as follows:

1. This is a civil in rem forfeiture action brought pursuant to 18 U.S.C. § 981(a)(1)(A) or 21 U.S.C. § 881(a)(6), or both.

2. This Court has jurisdiction over the subject matter and the parties, and venue over this action, pursuant to 28 U.S.C. §§ 1345, 1355 and 1395.

3. The allegations of the Complaint for Forfeiture are deemed to have been well taken, the United States and its officers are deemed to have had reasonable cause for the seizure of the Defendant Currency as provided in 28 U.S.C. § 2465, and the position of the United States is deemed to have been substantially justified as set forth in 28 U.S.C. § 2412.

4. The Claimant shall not claim or seek fees or costs from the UNITED STATES under the Civil Asset Forfeiture Reform Act, the Equal Access to Justice Act, or any other act, statute or regulation.

5. Plaintiff and Claimant hereby agree that Eighty Four Thousand Seventy-Five Dollars ($84,075) of the Defendant Currency shall be **FORFEITED** to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(A) or 21 U.S.C. § 881(a)(6), or both. Any right, title or interest of NORMAN WILDING, his successors and assigns, and any right, title and interest of all other persons in this portion of the Defendant Currency, is hereby and forever **EXTINGUISHED**. Upon entry of the accompanying Consent Judgment and Final Order of Forfeiture ("Judgment and Order"), clear title to $84,075 of the $112,100 defendant currency shall **VEST** in the United States of America, and CBP or its delegate will be **AUTHORIZED** to dispose of it according to law. The remaining amount of the Defendant Currency, Twenty Eight Thousand Twenty-Five Dollars ($28,025), shall not be forfeited but shall be **RETURNED** to Claimant NORMAN WILDING by CBP in the manner specified below as soon as practicable following the entry of the accompanying Judgment and Order.

6. NORMAN WILDING and his successors and assigns, hereby release, remise and discharge the United States of America and its agencies, including but not limited to the United States Department of Justice, the U.S. Department of Homeland Security, the U.S. Attorney's

Office, and any other law enforcement agencies involved in this case or in the underlying investigation, and their officers, employees, and agents, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever, in law or in equity, which claimant, his heirs, successors and assigns ever had, now have, or may have in connection with this case or the underlying investigation.

7. Following the entry of the accompanying Judgment and Order and as soon as is practicable thereafter, CBP will send a send a check in the amount of $28,025, payable to Norman Wilding and Jonathan Jones, jointly, via first class mail to Norman Wilding c/o Jonathan Jones, Esq., 17000 W. Ten Mile Rd., 2nd Floor, Southfield, MI 48075.

8. Upon entry of the accompanying Judgment and Order and payment of the $28,025.00 specified above, this case shall be **DISMISSED WITH PREJUDICE** and **CLOSED.**

9. The parties have discussed this settlement with their respective counsel, and agree to the entry of the accompanying Judgment and Order. The parties agree that they shall bear their own costs and attorney fees in this matter.

Stipulated and agreed to:

BARBARA L. McQUADE
United States Attorney

s/T.N. Ziedas
T. N. ZIEDAS
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
(313) 226-9573
[P-36453]
Peter.Ziedas@usdoj.gov

Dated: 3/18/2013

s/Jonathan M. Jones
Jonathan M. Jones, Esq.
Attorney for Claimant Norman Wilding
17000 W. 10 Mile Road, 2nd Floor
Southfield, MI 48075
(248) 310-3399
[P-52920]
jjonescrimlaw@comcast.net

Dated: 2/26/2013

s/Norman Wilding, please see attached page
Norman Wilding, Claimant

Dated: 3/8/2013

**CONSENT JUDGMENT AND FINAL ORDER OF FORFEITURE**

IT IS SO ORDERED.

S/Victoria A. Roberts<br>
VICTORIA ROBERTS<br>
UNITED STATES DISTRICT JUDGE

Dated: March 20, 2013

9. The parties have discussed this settlement with their respective counsel, and agree to the entry of the accompanying Judgment and Order. The parties agree that they shall bear their own costs and attorney fees in this matter.

Stipulated and agreed to:

BARBARA L. McQUADE
United States Attorney

_____          _____
T. N. ZIEDAS                                        Jonathan M. Jones,
Esq.
Assistant U.S. Attorney    Attorney for Claimant Norman Wilding
211 W. Fort Street, Ste. 2001   17000 W. 10 Mile Road, 2nd Floor
Detroit, MI 48226                   Southfield, MI 48075
(313) 226-9573                      (248) 310-3399
[P-36453]                           P52920]

Dated: _____
Dated _Norman Wilding_

Norman Wilding, Claimant

Dated: MAR 8th 2013
I want my name cleared of this matter so have to wait 3 hours to cross border.